**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Maria De Los Angeles Alcazar    JOINT DEBTOR: _____    CASE NO.: _____
Last Four Digits of SS# 2569    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 480.90    for months  1 to 60 ; in order to pay the following creditors:

<u>Administrative</u>:      Attorney's Fee - $ 3650  TOTAL PAID $ 1000
                        Balance Due    $ 2650  payable $ 331.25/month (Months  1 to  8)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____    Arrearage on Petition Date  $_____
Address: _____    Arrears Payment    $_____/month (Months ____ to ____)
                        Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____To____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None _____    Total Due $_____
                    Payable    $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>:  Pay $ 101.56 /month (Months 1 to 8) and Pay $ 432.81 /month (Months 9 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ditech and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/Robert Sanchez, Esq.
Attorney for the Debtor                        Joint Debtor
Date: 3-29-2016                             Date: _____

LF-31 (rev. 01/08/10)