PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
B.507-14824.NF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re                                                                                  Bk. No. 16-14372-RAM

Maria De Los Angeles Alcazar aka                             Chapter 13
Maria D Alcazar; Maria A Alcazar;
Maria De Los Angeles Alcazar Zaldivar;
Maria Delosangeles Alcazar;
Maria D Alcazar Zaldivar;
Maria Angeles Alcazar,
         Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 8003 SW 149th Ave, Miami, Florida 33193 (Loan No. XXXX5099), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: July 28, 2016                    By /s/ Dean R. Prober
                                                              DEAN R. PROBER, ESQ., CA BAR # 106207
                                                              As Agent for Claimant

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Daniel Maximo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 08/02/2016, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Maria De Los Angeles Alcazar
8003 SW 149th Avenue
Miami, FL 33193-1409
Debtor

Robert Sanchez, Esquire
355 West 49 Street
Hialeah, FL 33012
Attorney for Debtor

Nancy K. Neidich
POB 279806
Miramar, FL 33027
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 08/02/2016, at Woodland Hills, California.

/s/ Daniel Maximo