**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No.: 16-14372-RAM
                                                          Chapter 13
    Maria De Los Angeles Alcazar


_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

*Creditor, Wells Fargo Bank N A / Wells Fargo Education Financial Services, (hereinafter referred to as "Creditor") filed an unsecured proof of claim (claim number 1) in the amount of $9,957.30. The Debtor is a co-borrower on the student loan claim for the Debtor's niece's husband, Mr. Santiago Santiago. The Debtor has never herself made a payment to this Creditor. Mr. Santiago always has and is currently making the payments directly to the student loan Creditor and thus the Creditor is being paid outside the plan. The Debtor is under a 100% plan. Debtor requests the claim be stricken.*

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.


DATED:  October 24, 2016        Respectfully Submitted:
                                             Robert Sanchez, P.A.
                                             355 West 49th Street
                                             Hialeah, FL 33012
                                             Fl. Bar No. 0442161
                                             Telephone: (305) 687-8008
                                             E-Mail: court@bankruptcyclinic.com


LF-70 (rev. 12/01/09)