# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 16-14372-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

MARIA DE LOS ANGELES ALCAZAR

DEBTOR_____/

### NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**YOU ARE HEREBY NOTIFIED** that the Debtor's Motion to Modify Confirmed Plan has been continued to **April 18, 2017** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 21st day of March, 2017.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
CASE NO.: 16-14372-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
MARIA DE LOS ANGELES ALCAZAR
8003 SW 149TH AVENUE
MIAMI, FL  33193-1409

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.