# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND Modified Plan

DEBTOR: Maria De Los Angeles Alcazar   JOINT DEBTOR: _____   CASE NO.: 16-14372-RAM
Last Four Digits of SS# 2569  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 314.22 for months 1 to 9 ; in order to pay the following creditors:
- B. $ 1,981.06 for months 10 to 10; in order to pay the following creditors:
- C. $ 421.45 for months 11 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 + $525 Motion to Modify = $4,175 TOTAL PAID $ 1000
                  Balance Due   $ 3,175 payable $ 294.45/month (Months 1 to 9);
                                payable $ 525/month (Months 10 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $_____
Address:_____              Arrears Payment  $_____/month (Months ____ to ____)
         _____             Regular Payment  $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due $_____
                       Payable $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00 /month (Months 1 to 9) Pay $ 1,257.96 /month (Months 10 to 10); and Pay $ 379.30 /month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Ditech and Bank of America will continue to pay said creditor directly outside the chapter 13 plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq                         _____
Attorney for the Debtor                        Joint Debtor
Date: 3/29/2017                                Date: _____

LF-31 (rev. 01/08/10)