UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Maria De Los AngelesAlcazar      Case No. 16-14372-RAM

    Debtor(s).      Chapter 13
_____/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Continuing Debtor's Motion to Modify Confirmed Plan was sent to all parties on the attached service list on March 30, 2017.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Maria De Los AngelesAlcazar
8003 SW 149th Avenue
Miami, FL 33193-1409

All Creditors on the Matrix

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161

```
Bank of America, NA            Chase                          Chase
POB 660807                     P.O. BOX 15153                 P.O. BOX 15153
Dallas, TX 75266-0807          Wilmington, DE 19886-5153      Wilmington, DE 19886-5153



Ditech                         Sears                          Wells Fargo Card Services
POB 6172                       P.O. BOX 183081                P.O. BOX 5284
Rapid City, SD 57709-6172      Columbus, OH 43218-3081        Carol Stream, IL 60197-5284
```

Case 16-14372-RAM    Doc 45    Filed 03/30/17    Page 3 of 3