UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Maria De Los AngelesAlcazar          Case No. 16-14372-RAM

        Debtor(s).                        Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Continuing Debtor's Motion to Modify Confirmed Plan was sent to all parties on the attached service list on April 27, 2017.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Maria De Los AngelesAlcazar
8003 SW 149th Avenue
Miami, FL 33193-1409

All Creditors on the Matrix

                                      Respectfully Submitted:

                                      **ROBERT SANCHEZ, P.A.**
                                      Attorney for Debtor
                                      355 West 49th Street
                                      Hialeah, FL 33012
                                      Tel. 305-687-8008

                                      By:*/s/ Robert Sanchez*_____
                                      Robert Sanchez, Esq., FBN#0442161

```
Bank of America, NA            Chase                          Chase
POB 660807                     P.O. BOX 15153                 P.O. BOX 15153
Dallas, TX 75266-0807          Wilmington, DE 19886-5153      Wilmington, DE 19886-5153


Ditech                         Sears                          Wells Fargo Card Services
POB 6172                       P.O. BOX 183081                P.O. BOX 5284
Rapid City, SD 57709-6172      Columbus, OH 43218-3081        Carol Stream, IL 60197-5284
```